**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP and Its Individual Members, ARCONIC CORPORATION; COMMONWEALTH ROLLED PRODUCTS INC.; CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC; JW ALUMINUM COMPANY; and TEXARKANA ALUMINUM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 26-02971 |

**TO:**    The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1.    <u>Name and Standing of Plaintiffs.</u>

Plaintiffs in this action are the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; and Texarkana Aluminum, Inc.) (collectively, "Plaintiffs"). The individual members of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of common alloy aluminum sheet ("CAAS"), the domestic like product. Additionally, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group is a trade or business association, a majority of whose members manufacture, produce, or wholesale CAAS in the United States. Moreover, Plaintiffs were parties to the proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of sections 771(9)(C)

and (E) and 516A(f)(3) of the Act.[1]  See 19 U.S.C. § 1677(9)(C) and (E).  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2.    Brief description of the contested determination

The contested determination is the U.S. Department of Commerce's (the "Department") final results in the third administrative review of the antidumping duty order on common alloy aluminum sheet ("CAAS") from the Sultanate of Oman ("Oman").  See Common Alloy Aluminum Sheet From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023–2024, 91 Fed. Reg. 20,414 (Dep't Commerce Apr. 16, 2026) ("Final Results").  The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the Final Results and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3.    Date of determination

The U.S. Department of Commerce's final determination was signed on April 13, 2026 and was published in the Federal Register on April 16, 2026.

4.    If applicable, date of publication in Federal Register of notice of contested determination

The U.S. Department of Commerce's final determination was published in the Federal Register on April 16, 2026.  See Common Alloy Aluminum Sheet From the Sultanate of Oman: Final Results of Antidumping Duty Administrative Review; 2023–2024, 91 Fed. Reg. 20,414 (Dep't Commerce Apr. 16, 2026).

---

[1]    During the Commerce Department's conduct of the underlying investigation (i.e., in April 2020), one of the petitioning companies – Aleris Rolled Products Inc. – was acquired by Novelis Corporation, another petitioner.  As a condition of the sale, the U.S. Department of Justice required that a portion of the assets of Aleris Rolled Products Inc. be sold off.  Commonwealth Rolled Products Inc. is the name of the corporate entity that now owns the sold off assets – and Commonwealth now operates a mill in Lewisport, Kentucky that was previously owned and operated by Aleris.

 /s/ R. Alan Luberda
R. ALAN LUBERDA
JOHN M. HERRMANN
MATTHEW G. PEREIRA
aluberda@kelleydrye.com
jherrmann@kelleydrye.com
mpereira@kelleydrye.com
670 Maine Avenue, S.W.
Suite 600
Washington, D.C.   20024
(202) 342-8835

Counsel to the Aluminum Association Common
Alloy Aluminum Sheet Trade Enforcement
Working Group and Its Individual Members
(Arconic Corporation; Commonwealth Rolled
Products Inc.; Constellium Rolled Products
Ravenswood, LLC; JW Aluminum Company;
and Texarkana Aluminum, Inc.)

Dated:  May 14, 2026

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in 19 U.S.C. § 1516a(a)(2)(A)(i)(I) & (B)(iii), the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant served.

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C. 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, D.C. 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

The Honorable Gina Justice
Clerk of the Court

Date:  May ___, 2026                    By: _____

**CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

**<u>Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members v. United States</u>**
**CIT Court No. 26-02971**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I certify that on May 14, 2026, I have served a copy of the following documents via certified mail, return receipt requested, on the parties listed below:  **Summons (Form 4), Information Statement (Form 5), Notice of Appearance (Form 11), Disclosure of Corporate Affiliations and Financial Interest (Form 13's) and Business Proprietary Information Certifications (Form 17's):**

**<u>UPON THE UNITED STATES</u>**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

**<u>UPON THE U.S. DEPARTMENT OF COMMERCE</u>**

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Oman Aluminium Rolling Company SPC**

Bernd G. Janzen, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Email:  bjanzen@akingump.com

/s/ R. Alan Luberda
R. ALAN LUBERDA
KELLEY DRYE & WARREN LLP

2